UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON C. THOMAS, | No. C 12-3584 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CYNTHIA TAMPLEINS, Warden; et al., | |
| Defendants. / | |

Brandon C. Thomas filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the California Rehabilitation Center in Norco, where he currently is incarcerated. Norco is in Riverside County, which is within the venue of the Central District of California. The individual defendants work at the prison in Norco and apparently reside within the venue of the Central District of California. Venue is proper in the Central District of California. *See* 28 U.S.C. § 1391(b)(2). The witnesses and evidence likely will be found primarily in the Central District as that is the district in which the events and omissions occurred and the plaintiff is incarcerated. Accordingly, for the convenience of the parties and witnesses, and in the interest of justice, this action is now transferred to the Central District of California. See 28 U.S.C. §§ 1404(a).

The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: July 17, 2012

SUSAN ILLSTON
United States District Judge