# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER A. KEFALIANOS, et al.,<br><br>    Defendants. | Case No. EDCV 12-1207-JSL (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that (1) Plaintiff's claims against Defendant Cynthia Tompkins shall be dismissed without leave to amend, and (2) the Clerk shall issue the appropriate orders regarding service of the Second Amended Complaint on Defendant A. Kefalianos by the United States Marshal.

DATED: April 2, 2013

                                              J. SPENCER LETTS
                                  UNITED STATES DISTRICT JUDGE