# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON THOMAS,<br><br>       Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>       Defendants. | Case No. EDCV 12-1207-JSL (JEM)<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS |

On July 10, 2012, Brandon Thomas ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint") in the Northern District of California. On July 17, 2012, the case was transferred, and the Complaint was filed in this Court on August 3, 2012.

On September 28, 2012, the Court dismissed Plaintiff's Complaint with leave to amend. On October 29, 2012, Plaintiff filed a First Amended Complaint ("FAC").

On November 29, 2012, the Court dismissed Plaintiff's FAC with leave to amend. On January 30, 2013, Plaintiff filed a Second Amended Complaint ("SAC").

On February 11, 2013, the undersigned issued a Report and Recommendation recommending that the claims against Defendant Cynthia Tompkins in the SAC be dismissed without leave to amend. On April 2, 2013, the District Judge accepted the

findings and recommendations contained in the Report and Recommendation and ordered the claims against Defendant Cynthia Tompkins dismissed without leave to amend.

On April 18, 2013, the Court issued a first Order, *inter alia*, directing the United States Marshal ("Marshal") to serve the SAC and requiring Plaintiff to file on or before May 2, 2013, (1) a Notice of Submission indicating that the required USM-285 forms and copies of his complaint had been submitted to the Marshal, and (2) copies of the USM-285 forms that were submitted to the Marshal. To date, Plaintiff has not filed a Notice of Submission or the required USM-285 forms.

Moreover, on April 18, 2013, the Court issued a second Order directing Plaintiff to complete the Prison Trust Account Withdrawal Authorization form consenting to the withdrawal of funds from his account and to file a copy of this form with the court no later than May 2, 2013. Plaintiff was explicitly cautioned that failure to authorize prison authorities to withdraw funds from his account pursuant to this Order would be deemed to consent to immediate dismissal of the action with prejudice. To date, Plaintiff has not filed a copy of the Prison Trust Account Withdrawal Authorization form.

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with the Court's April 18, 2013, Orders, which required him to file on or before May 2, 2013, (1) a Notice of Submission and copies of the USM-285 forms, and (2) the Prison Trust Account Withdrawal Authorization form. Plaintiff shall respond to this Order to Show Cause **in writing** on or before **September 23, 2013**.

In responding, Plaintiff must: (1) file (a) the Notice of Submission, indicating that all required documents have been submitted to the Marshal, (b) copies of the USM-285 forms that were submitted, and (c) the Prison Trust Account Withdrawal Authorization form; **or** (2) explain why he has failed to do so.

///
///
///

Plaintiff is advised that failure to respond to this Order to Show Cause as directed will result in the Court recommending that the case be dismissed for failure to prosecute and failure to comply with a court order.

DATED: September 9, 2013

          */s/ John E. McDermott*
          JOHN E. MCDERMOTT
          UNITED STATES MAGISTRATE JUDGE