# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON THOMAS, | Case No. EDCV 12-1207-GHK (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: 6/24/15

GEORGE H. KING
UNITED STATES DISTRICT JUDGE